COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

                                                 NO.
2-10-068-CV

 

IN
RE JEFFREY COOK                                                                         RELATOR

                                                                                                                             

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                     MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator shall pay all costs of this original
proceeding, for which let execution issue.

 

PER
CURIAM

 

 

PANEL: DAUPHINOT, J.;
LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED:  June 8, 2010











    [1]See
Tex. R. App. P. 47.4, 52.8(d).